DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Action No. 2014/0047 |
| v. | ) |
| | ) Charges: [1] |
| KIRK T. JORDAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant as to Count One (Felon in Possession of Firearm) of the Information is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

**SO ORDERED.**

Date: March 2, 2015

_____
WILMA A. LEWIS
Chief Judge

---

[1] Count One – Felon in Possession of Firearm
Count Two – Unauthorized Possession of Firearm